No. 225, Misc. ANSELMI v. ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States et al., respondents.

No. 334, Misc. HOLLOWAY v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 289, Misc. WHELEHON v. EIDSON, WARDEN;
No. 315, Misc. DOHRMAN v. STEELE;
No. 316, Misc. BURKHOLDER v. UNITED STATES;
No. 325, Misc. GREEN v. MISSOURI;
No. 327, Misc. BAYLESS v. EIDSON, WARDEN; and
No. 337, Misc. SHOLTER v. MARONEY, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 295, Misc. COLLINS v. WEBB, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 322, Misc. EX PARTE LINCOLN ELECTRIC CO. Motion for leave to file petition for writ of mandamus denied. *Casper W. Ooms, Edward A. Haight, Dugald S. McDougall, John F. Oberlin, Thomas V. Koykka* and *James R. Stewart* for petitioner. *John T. Cahill, James A. Fowler, Jr., Richard R. Wolfe* and *Loftus E. Becker* for the Union Carbide & Carbon Corporation.